UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ABU ZAFAR, an individual,

Plaintiff,

Case No. 1:15-cv-0361
Hon. Gordon J. Quist

vs.

ABBOTT LABORATORIES, INC.,

Defendant.

---

Jon E. Klinghoffer (IL Bar No. 6270082)
Kristen A. Jones (IL Bar No. 6300135)
GOLDBERG KOHN LTD.
Attorneys for Defendant
55 East Monroe, Suite 3300
Chicago, IL 60603
(312) 201-4000
jon.klinghoffer@goldbergkohn.com
kristen.jones@goldbergkohn.com

Keith E. Eastland (P66392)
Sarah K. Willey (P57376)
MILLER JOHNSON
Attorneys for Defendant
250 Monroe Avenue, NW, Suite 800
Grand Rapids, MI 49503
(616) 831-1700
eastlandk@millerjohnson.com
100 West Michigan Avenue, Suite 200
Kalamazoo, MI 49007
(269) 226-2950
willeys@millerjohnson.com

---

## NOTICE OF FILING

TO: William F. Piper
William F. Piper, P.L.C.
1611 West Centre Avenue, Suite 209
Portage, MI 49024
wpiper@wpiperlaw.com

PLEASE TAKE NOTICE that, pursuant to the Court's Order denying Defendant's Motion for Leave to File Exhibits Under Seal [ECF #49], Defendant Abbott Laboratories hereby files with the Clerk of the U.S. District Court for the Western District of Michigan, Southern Division, via the Court's ECF electronic filing system, publicly available versions of **Defendant Abbott Laboratories' Exhibits E-H of Defendant's Exhibit 4 to Defendant's Memorandum in Support of its Motion for Summary Judgment**, a copy of which is hereby served on you.

GOLDBERG KOHN LTD.

Attorneys for Defendant

Abbott Laboratories (incorrectly identified as Abbott Laboratories, Inc.)

Dated: January 28, 2016

By: /s/ Kristen A. Jones

Jon E. Klinghoffer (IL Bar No. 6270082)
Kristen A. Jones (IL Bar No. 6300135)
Business Address
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 201-4000
jon.klinghoffer@goldbergkohn.com
kristen.jones@goldbergkohn.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on the 28th of January, 2016, she caused a copy of **Defendant Abbott Laboratories' Exhibits E-H of Defendant's Exhibit 4 to Defendant's Memorandum in Support of its Motion for Summary Judgment** to be served via the Court's ECF/electronic mailing system upon the following:

William F. Piper
1611 West Centre Ave., Ste 209
Portage, MI 49024
wpiper@wpiperlaw.com

/s/ Kristen A. Jones